```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHI Y. LEUNG,                                                      JUDGMENT
                                                                   04-CV- 0568 (NGG)
                        Plaintiff,

        -against-

                                                                   FILED
                                                                   IN CLERK'S OFFICE
WING T. LAW, TZE N. CHAN,                                          U.S. DISTRICT COURT, E.D.N.Y.
LAI M. WONG CHAN, MEI C. LAW,
SU CHAN, PUI WONG and LINDA LEE NG,                                ★ JUN 0 9 2005 ★

                        Defendants.                                BROOKLYN OFFICE
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 9, 2005, dismissing Leung's RICO claims with prejudice because Leung has failed in two respects to satisfy the statutory requirement that the plaintiff allege a direct injury flowing from the defendants' RICO predicate acts, and because Leung has failed to allege a viable pattern of racketeering activities; denying Leung permission to replead the RICO allegations that were pled insufficiently under Rule 9(b); dismissing Leung's State Law claims without prejudice, as the RICO claims were the only Federal causes of action raised in the Amended Complaint, and the parties to this action are not completely diverse; and dismissing the action in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that Leung's RICO claims are dismissed with prejudice; that Leung is denied permission to replead the RICO allegations that were plead insufficiently under Rule 9(b); that Leung's State Law claims are dismissed without prejudice; and that the action is dismissed in its entirety.


Dated: Brooklyn, New York
       June 09, 2005

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court